# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0400.    MARILYN  GEE  v.  FEDERAL  NATIONAL  MORTGAGE
ASSOCIATION.**

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Marilyn Gee appealed the magistrate court's decision to superior court. On April 23, 2014, the superior court granted a writ of possession to the plaintiff. Gee filed a notice of appeal to this Court. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Gee did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/12/2014

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] On the same day that Gee filed her notice of appeal, she filed a motion for new trial. The trial court denied her motion on August 25, 2014, and she filed an untimely application for discretionary appeal from that order, which we dismissed. See Case No. A15D0040 (decided October 3, 2014).